IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| WAYNE CARVER, ADC #137273 | | PLAINTIFF |
| v. | Case No. 4:14-cv-603 KGB-JTK | |
| ARKANSAS DEPARTMENT OF CORRECTION, et al. | | DEFENDANTS |

## ORDER

Plaintiff Wayne Carter has filed a complaint and a motion for emergency hearing (Dkt. Nos. 1, 2). After reviewing the filings on the record, the Court finds that the interests of justice are best served by transferring this case to the United States District Court for the Western District of Arkansas. Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Venue is proper in the Western District, as most defendants are located there and the events complained of allegedly occurred there. *See* 28 U.S.C. § 1391(b).

The Court directs the Clerk of the Court to transfer immediately Mr. Carver's entire case file to the Western District of Arkansas, Hot Springs Division, in care of Judge Isaac C. Parker Federal Building, 30 South 6th Street, Fort Smith, AR 72901.

SO ORDERED this 18th day of November, 2014.

Kristine G. Baker
United States District Judge